WWR# 042300757

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
AT READING

| | |
|---|---|
| IN RE: | CASE NO. 26-13714-pmm |
| WILBUR R WEAVER | CHAPTER 13 |
| LAURA A WEAVER | JUDGE PATRICIA M. MAYER |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as counsel for creditor, NEW CUMBERLAND FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NEW CUMBERLAND FEDERAL CREDIT UNION to undersigned counsel.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 WEST CREEK RD SUITE 200
CLEVELAND, OH 44131
877-338-9484
bronationalecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 22nd day of September, 2026 addressed to:

BRENNA HOPE MENDELSOHN, Attorney for Debtor
TOBYKMENDELSOHN@COMCAST.NET

SCOTT F. WATERMAN, Trustee
2901 SAINT LAWRENCE AVE STE 10
READING, PA 19606-2265

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

WILBUR R WEAVER
60 EISENHAUER ROAD
MAXATAWNY, PA 19538-0000

LAURA A WEAVER
60 EISENHAUER ROAD
MAXATAWNY, PA 19538-0000

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 WEST CREEK RD SUITE 200
CLEVELAND, OH 44131
877-338-9484
bronationalecf@weltman.com