**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | **Wilbur R. Weaver,** | **:** | **Chapter 13** |
| | **Laura A. Weaver,** | **:** | |
| | | **:** | **Bankruptcy No. 26-13714-PMM** |

**PRAECIPE TO CHANGE DEBTOR'S ADDRESS**

Wilbur R. Weaver and Laura A. Weaver, by and through their attorney, Brenna H. Mendelsohn, Esquire, hereby requests to change her mailing and street address as follows:

Old Address: 60 Eisenhauer Road
Maxatawny, PA 19539

New Address: 60 Eisenhauer Road
Myerstown, PA 17067

Respectfully Submitted,

Dated: October 5, 2026

By: /s/ *Brenna H. Mendelsohn*
Brenna H. Mendelsohn, Esquire
Attorney for Debtor