UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Wilbur R. Weaver,
Laura Weaver,
Debtors

CHAPTER 13

CASE NO. 26-13714-pmm

**CERTIFICATE OF SERVICE**

I, Brenna H. Mendelsohn, hereby certify that on this 8th day of October 2026, I served, or caused to be served, a true and correct copy of the New Date/Time of Meeting of Creditors upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

Respectfully Submitted,

Dated: October 8, 2026

By: /s/ *Brenna H. Mendelsohn*
Brenna H. Mendelsohn, Esquire